UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DEANGELO BOWMAN,

    Plaintiff,

v.                          CASE NO: 21-cv-12845
                             HONORABLE: LINDA V. PARKER

CITY OF FLINT, TERRY VANKEUREN, JR., and NOAH PILLSBURY, in their individual and official capacities,

    Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>JONATHAN A. ABENT (P78149)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650 / (248) 698-3321-FAX<br>shanna.suver@cjtrainor.com<br>amy.derouin@cjtrainor.com<br>jon.abent@cjtrainor.com | CITY OF FLINT LAW DEPT.<br>WILLIAM KIM (P76411)<br>BENNET J. BUSH (P51355)<br>JOSEPH N. KUPTZ (P68623)<br>Attorneys for Defendants<br>1101 S. Saginaw Street, 3rd Floor<br>Flint, MI 48502<br>810-766-7146 / 810-232-2114-fax<br>wkim@cityofflint.com<br>bbush@cityofflint.com<br>jkuptz@cityofflint.com |
|---|---|

**STIPULATED ORDER REFERRING CASE TO FACILITATIVE MEDIATION IN LIEU OF CASE EVALUATION**

    **THIS MATTER** having come to be heard upon stipulation of the parties, by and through their attorneys, for entry of a *Stipulated Order Referring Case to Facilitative Mediation in Lieu of Case Evaluation*, and the Court being otherwise fully advised in the premises:

1

**IT IS HEREBY STIPULATED AND ORDERED** that the parties have opted for Facilitative Mediation in lieu of Case Evaluation.

**IT IS HEREBY FURTHER STIPULATED AND ORDERED** that the parties will attend Facilitation with John Whitman on May 1, 2024 at 9:00 a.m.

**IT IS SO ORDERED.**

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: March 6, 2024

We Stipulate to entry of this Order:

**s/ Jonathan A. Abent**
JONATHAN A. ABENT (P78149)
Attorney for Plaintiff

**s/ Bennet J. Bush w-consent 3.6.2024**
BENNET J. BUSH (P51355)
Attorney for Defendants