UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANGELO BOWMAN,

    Plaintiff,

v.

TERRY VANKEUREN and
NOAH PILLSBURY,

    Defendants.

_____/

Case No. 2:21-cv-12845
District Judge Linda V. Parker
Magistrate Judge Kimberly G. Altman

### ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE (ECF No. 80)

This is a civil rights case under 42 U.S.C. § 1983. Plaintiff DeAngelo Bowman alleges that two City of Flint police officers, Terry VanKeuren and Noah Pillsbury, committed an unlawful search and seizure with excessive and/or unreasonable force. Bowman now moves for the Court to issue an Order to Show Cause regarding noncompliance with document and deposition subpoenas to two independent medical examiners, Dr. Calmeze Dudley and Dr. Robin Hanks.[1]

---

[1] After the filing of the motion, the parties stipulated to a Protective Order regarding the subpoena issued to Dr. Dudley. The parties represent that all issues relating to Dr. Dudley in Bowman's motion are now resolved. Additionally, issues regarding production of medical documents from Dr. Hanks have been resolved. All that remain pending are disputes regarding Dr. Hanks' financial disclosures and her hourly fee for deposition testimony.

1

(ECF No. 80).  The motion was referred to the undersigned.  (ECF No. 83).  The motion is fully briefed (ECF Nos. 82 (Response), 85 (Reply), 87 (Surreply)), and a hearing was held on September 15, 2025 (ECF No. 84).

For the reasons stated on the record, the Court orders the following:

(1) Dr. Hanks will be deposed by plaintiff's counsel at an agreed upon time and place,

(2) Dr. Hanks may charge up to $833 per hour for her time spent in the deposition, to be paid after the deposition and prorated in ten-minute increments after the first hour,

(3) Plaintiff's counsel may inquire about Dr. Hanks' past compensation for providing independent medical examinations (IMEs) and testimony in other cases, and

(4) If Dr. Hanks is unable to produce financial records relative to performing IMEs for the current and prior years at her deposition, plaintiff's counsel may inquire as to the identity of Dr. Hanks' tax preparer for the purpose of issuing a subpoena to him or her.

Any financial documents produced by Dr. Hanks will be subject to a stipulated protective order drafted by the parties.  If Dr. Hanks fails to appear for a properly noticed deposition, defendants are on notice that Dr. Hanks could be found in contempt of court and she may be stricken from the case.

SO ORDERED.

Dated: September 15, 2025                   s/Kimberly G. Altman
Detroit, Michigan                         KIMBERLY G. ALTMAN
                                              United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 15, 2025.

                                               s/ Dru Jennings
                                               DRU JENNINGS
                                               Case Manager